IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JONATHAN W. SUPLER, an individual;
on behalf of himself and all others
similarly situated,

        Plaintiff,

v.                                        Case No. 5:11-cv-00230-FL

AEGIS RECEIVABLES MANAGEMENT,
INC., PARAGON WAY, INC. and JOHN
AND JANE DOES NUMBERS 1 THROUGH
25,

        Defendants.
_____/

## ORDER ALLOWING WITHDRAW OF MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT, PARAGON WAY, INC. AND GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT, PARAGON WAY, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS CAUSE, having come before the Court on stipulation by plaintiff, Jonathan W. Supler (Plaintiff), and defendant, Paragon Way, Inc. (Paragon), by and through their undersigned counsel, to withdraw of Plaintiff's Motion for Entry of Default as to Paragon Way, Inc. and motion for extension of time to respond to Plaintiff's Complaint, it is

ORDERED AND ADJUDGED that the Motion for Entry of Default as to Paragon Way, Inc. is withdrawn, the motion for extension of time to respond to Plaintiff's Complaint is GRANTED, and the new deadline for Paragon to respond to Plaintiff's Complaint is June 23, 2011.

This the 22nd day of June, 2011.

                                                            _____
                                                            DENNIS P. IAVARONE, CLERK